# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TIMOTHY THOMAS** | : | CIVIL ACTION |
| *Plaintiff* | : | |
| | : | NO. 16-4285 |
| v. | : | |
| | : | |
| **TRANS UNION, LLC, et al.** | : | |
| *Defendants* | : | |

# O R D E R

**AND NOW,** this 12th day of January 2017, upon notification that the issues between Plaintiff and Defendants Trans Union, LLC and Equifax Information Services LLC *only* have been settled, it is hereby **ORDERED** that all claims against said Defendants are DISMISSED with prejudice, pursuant to the agreement of the parties.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO, J.**
*Judge, United States District Court*