IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **TIMOTHY THOMAS** *Plaintiff* | : CIVIL ACTION : : NO. 16-4285 |
| v. | : : |
| **TRANS UNION, LLC, et al.** *Defendants* | : : |

# O R D E R

**AND NOW,** this 21st day of February 2017, upon notification that the issues between Plaintiff and Defendant Transworld Systems, Inc., *only* have been settled, it is hereby **ORDERED** that all claims against said Defendant are DISMISSED with prejudice, pursuant to the agreement of the parties.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO, J.**
*Judge, United States District Court*