# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **TIMOTHY THOMAS** | : | **CIVIL ACTION** |
| *Plaintiff* | : | |
| | : | **NO. 16-4285** |
| v. | : | |
| | : | |
| **TRANS UNION, LLC, et al.** | : | |
| *Defendants* | : | |

# ORDER

**AND NOW,** this 21st day of September 2017, upon notification that the issues between Plaintiff and Defendants have been settled, it is hereby **ORDERED** that all claims against said Defendants are DISMISSED with prejudice, pursuant to the agreement of the parties. To conform to Local Rule of Civil Procedure 41.1(b), the Clerk of Court is directed to enter this Order and to mark this case closed.

BY THE COURT:

/s/ *Nitza I. Quiñones Alejandro*
**NITZA I. QUIÑONES ALEJANDRO, J.**
*Judge, United States District Court*